# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>A&J JEWELRY CO., LTD, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-4846-MHC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following twenty-three Defendants, who are identified in Schedule A to the Complaint as follows:

| Defendant Seller Name | DOE No. |
|---|---|
| Hilingoto | 25 |
| Home Inspirations | 28 |
| JWDX | 45 |
| KAJHDGH | 48 |
| Kun Qing Co., LTD | 54 |
| Leott Homes | 56 |
| LNNGHJ | 63 |
| Lssam Home and Garden Store | 66 |
| Midewhik | 79 |
| MIE FOU | 80 |
| MINGFENGS | 82 |
| Nallwabiu | 91 |

| | |
|---|---|
| Nest & Nook | 95 |
| QZIIW | 109 |
| S&C Co.Ltd | 112 |
| ShengQing Co.Ltd | 114 |
| Tanuse store | 129 |
| UYHJIO | 138 |
| Vogue Alley | 140 |
| WANSPRINE | 143 |
| XINJINGDI | 153 |
| YKJAGKSIUW | 168 |
| yunlongp | 176 |

Each of these parties shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: October 20, 2025

Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*