# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>A&J JEWELRY CO., LTD, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-4846-MHC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| DEELLEEO Co. Ltd | 16 |
| HWRETIE | 34 |
| Hxlamzoo | 35 |
| Jwputqe Home Clearance | 46 |
| kcidhun | 50 |
| liuwangmei | 60 |
| maho | 73 |
| MSshenA | 88 |
| mtvxesu Ltd | 89 |
| Neresum Toys Clearance | 94 |
| SNFJ | 119 |
| Zpanxa | 185 |
| ZUBKTE | 186 |

Each of these parties shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: October 27, 2025                         Respectfully submitted,

<p style="margin-left: 50%;">
<u>/s/ David M. Lilenfeld</u><br>
David M. Lilenfeld<br>
Georgia Bar No. 45299<br>
**WHITEWOOD LAW PLLC**<br>
5555 Glenridge Connector, Suite 200<br>
Atlanta, GA 30342<br>
Telephone: (404) 663-3349<br>
Email: david@whitewoodlaw.com<br>
<br>
*Counsel for Plaintiff*
</p>